

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| WILBERT MALBROUX, JR | CIVIL ACTION NO. 2:11-cv-0421 |
| VS. | JUDGE TRIMBLE |
| AMERICAN MEDICAL SYSTEMS INC, ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that defendant, Dr. James J. Jancuska be and is hereby **DISMISSED** with prejudice.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 21st day of June, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE